IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | CV 24-74-BLG-SPW-TJC |
| Plaintiff, | ORDER |
| vs. | |
| ERIK EVANSON, | |
| Defendant. | |

Upon Plaintiff's Notice of Voluntary Dismissal (Doc. 6), and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of October, 2024.

_Susan P. Watters_
Susan P. Watters
U. S. DISTRICT JUDGE

1